UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND ATLAS LLC d/b/a GRAND ATLAS TOURS, <br> 2021 L St NW Ste. 101-214, <br> Washington, DC 20036 <br><br> on behalf of itself and all others similarly situated, <br>               Plaintiff, <br>   v. <br><br> GOOGLE LLC <br> 1600 Amphitheatre Parkway <br> Mountain View, CA 94043 <br><br> ALPHABET INC., <br> 1600 Amphitheatre Parkway <br> Mountain View, CA 94043 <br><br>               Defendants. | Case No. 1:20-cv-03057-TNM <br><br> **CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 26.1** |

      I, the undersigned, counsel of record for Plaintiff Grand Atlas Tours, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Grand Atlas Tours which have any outstanding securities in the hands of the public.

      Plaintiff Grand Atlas Tours does not have a parent corporation. Plaintiff Grand Atlas Tours does not have a subsidiary corporation or business.

      These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 23, 2020                     Respectfully submitted,

                                                By:   /s/ *Daniel C. Girard*

Daniel C. Girard (Bar ID. CA00011)
Dena C. Sharp (*pro hac vice forthcoming*)
Jordan Elias (*pro hac vice forthcoming*)
Adam E. Polk (*pro hac vice forthcoming*)
Scott M. Grzenczyk (*pro hac vice forthcoming*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

*Attorneys for Plaintiff*