# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND ATLAS LLC d/b/a GRAND ATLAS TOURS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 1:20-cv-03057-TNM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Grand Atlas LLC d/b/a Grand Atlas Tours hereby dismisses its claims in this action without prejudice.

Dated: November 6, 2020

Respectfully submitted,

By: ___/s/ *Daniel C. Girard*___

Daniel C. Girard (Bar ID. CA00011)
Dena C. Sharp (*pro hac vice forthcoming*)
Jordan Elias (*pro hac vice forthcoming*)
Adam E. Polk (*pro hac vice forthcoming*)
Scott M. Grzenczyk (*pro hac vice forthcoming*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

1

dgirard@girardsharp.com  
dsharp@girardsharp.com  
jelias@girardsharp.com  
apolk@girardsharp.com  
scottg@girardsharp.com

*Attorneys for Plaintiff*